IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MARIA-JANETH RODRIGUEZ-SANCHEZ, by her next friend, her father, LUIS RODRIGUEZ, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 04-392-KI |
| vs. | ) ) | ORDER |
| LEO BESNER, PAUL POITRAS, DENISE KUEMPER, and the CITY OF PORTLAND, | ) ) ) ) | |
| Defendants. | ) | |

Don S. Willner
630 Sunnyside Road
Troutlake, Washington  98650

Spencer M. Neal
Oregon Law Center
921 S. W. Washington #516
Portland, Oregon  97205

    Attorneys for Plaintiff

Page 1 - ORDER

David A. Landrum
James G. Rice
Deputy City Attorney
Office of City Attorney
1221 S. W. Fourth Avenue, Room 430
Portland, Oregon  97204

    Attorneys for Defendants

KING, Judge:

Defendant Poitras' Motion to Bifurcate Trial (#44) is granted.  Defendant Kuemper's Motion for Partial Summary Judgment (#46) is granted in part, dismissing the due process claim.

IT IS SO ORDERED.

Dated this   12th   day of April, 2005.

    /s/ Garr M. King
    Garr M. King
    United States District Judge